[No. 47584-7-II.   Division Two.   August 16, 2016.]

THE DRAGICH LIVING TRUST, *Respondent*, v. STEVE JOE DRAGICH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-2-00156-1, David A. Nelson, J. Pro Tem., entered April 3, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.

[No. 47588-0-II.   Division Two.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYDALE L. ECKLES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-01149-9, Anna M. Laurie, J., entered March 11, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Lee and Sutton, JJ.

[No. 47687-8-II.   Division Two.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES SEBASTIAN FERRER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00656-0, Gregory M. Gonzales, J., entered May 22, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Lee, JJ.

[No. 48260-6-II.   Division Two.   August 16, 2016.]

*In the Matter of Personal Restraint of* JACOB ALLEN SQUIBB, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.